**FILED**

MAY 1 4 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| VERNICE HEADEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. **10 0784** |
| | ) | |
| WASHINGTON METROPOLITAN AREA, | ) | |
| TRANSIT AUTHORITY, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER STAYING CASE**

This matter comes before the Court upon review of the *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted, but the case must be stayed.

Plaintiff alleges that she was disciplined and ultimately terminated from her employment with the Washington Metropolitan Area Transit Authority, and she brings claims of "Retaliation, Discrimination, Defamation of Character, Wrongful Termination, Emotional Distress and Hostile Work Environment." Compl. at 6 (page number designated by the Court). The Court presumes that plaintiff brings this action under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000 *et seq.*

The issuance of a right to sue letter from the Equal Employment Opportunity Commission is a condition precedent to the filing of an action such as this in federal court. 42 U.S.C. §§ 2000e-5(f), 2000e-16(d). In the absence of the issuance of a right to sue letter within 180 days of filing charges with the agency, the plaintiff is obligated to request that such a letter be issued. *See* 29 C.F.R. § 1601.28.

1

Accordingly, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED; and it is

FURTHER ORDERED that this matter is **STAYED**, and it is

FURTHER ORDERED that, within 30 days of the date of entry of this Order, plaintiff must provide the Court with a right to sue letter indicating a final determination of plaintiff's charge. Failure to do so will result in the dismissal of this action.

SO ORDERED.

_Elfin S Hurd_

United States District Judge

DATE: 5/12/10

2